UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. CR20-011 JCC
    Plaintiff, )
)
    v. )
) DETENTION ORDER
RONY FRANCISCO PEREZ-CASTRO, )
)
    Defendant. )
)

<u>Offense charged</u>:     Illegal Reentry After Deportation

<u>Date of Detention Hearing</u>:     February 4, 2020.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is charged by Complaint with Illegal Reentry after Deportation. His criminal record includes a number of alcohol-related driving offenses, includes a recent pending

DETENTION ORDER
PAGE -1

case with bench warrant activity for failure to appear.  Defendant was convicted of a sex offense in North Carolina in 2018, following which he was deported.

2. Defendant poses a risk of nonappearance based on prior failure to appear, active bench warrant, failure to abide by court orders, lack of legal status in this country, and an immigration detainer. lack of verified background information, unknown immigration status, and a previous removal from the United States.  Defendant poses a risk of danger based on criminal history and possible substance abuse.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

///

DATED this 4th day of February, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3